# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1760
L.T. Case No. 2024-CF-000382-A

_____

JEREMIAH JAMES DAVID
PREACHER JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Jeremiah James David Preacher Johnson, Milton, pro se.

No Appearance for Appellee.

October 1, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____